IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Patsy Wachenschwanz, | : | |
| Plaintiff | : | Civil Action 2:12-cv-01037 |
| v. | : | Judge Marbley |
| Dolgencorp, LLC, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Defendant's July 30, 2013 motion for leave to documents in support of its motion for summary judgment under seal (doc. 29) and plaintiffs' July 30, 2013 motion to file documents in support of their motion for class certification and Court supervised notice to potential opt out plaintiffs under seal (doc. 31) are GRANTED.

s/Mark R. Abel<br>
United States Magistrate Judge